

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00253-CV

**IN THE INTEREST OF N.I.V.S. & M.C.V.S.,** Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04420
Honorable Gloria Saldana, Judge Presiding

## O R D E R

This is an attempted appeal from temporary orders in a suit affecting the parent-child relationship. On March 16, 2015, Dino Villarreal, the appellee, filed an original petition to adjudicate parentage, seeking an adjudication of parentage and a determination of conservatorship, possession and access, and child support for the children the subject of the suit. On April 23, 2015, Sandra Sandoval, the appellant, filed a notice of appeal stating that on April 22, 2015, the trial court had issued an order that resolved all claims in the original petition. After having reviewed the clerk's record, we are of the opinion that the trial court has not rendered an order finally disposing of all issues and parties pending before the court, and therefore, we lack jurisdiction over this appeal.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A judgment or order is final for purposes of appeal if it actually disposes of all pending parties and issues before the court. *Id*. Interlocutory orders may be appealed only when expressly permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). The Texas Family Code specifically precludes the interlocutory appeal of temporary orders in suits affecting the parent-child relationship. *See* TEX. FAM. CODE ANN. § 105.001 (e) (West 2014).

**We, therefore, ORDER appellant to show cause in writing by August 12, 2015 why this appeal should not be dismissed for lack of jurisdiction.** We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.



Keith E. Hottle
Clerk of Court